**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7357

EUGENE WINGO,

Petitioner - Appellant,

versus

C. M. CREECY, Superintendent of Pasquotank
Correctional Institute; MICHAEL F. EASLEY,
Attorney General of North Carolina,

Respondents - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Chief District Judge. (CA-98-51-MU)

Submitted: February 16, 1999        Decided: March 5, 1999

Before WIDENER, ERVIN, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eugene Wingo, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Wingo filed an untimely notice of appeal.  We dismiss for lack of jurisdiction.  The time periods for filing notices of appeal are governed by Fed. R. App. P. 4.  These periods are "mandatory and jurisdictional."  Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).  Under Fed. R. App. P. 4, parties to civil actions have thirty days within which to file their notices of appeal.  A district court may extend or reopen the appeal period under Fed. R. App. P. 4(a)(5)&(6), but these are the rule's only exceptions.

The district court entered its order on June 3, 1998; Wingo filed his notice of appeal on September 3, 1998, more than 60 days after the deadline.  Wingo did not obtain an extension or reopening of the appeal period under Fed. R. App. P. 4(a)(5) or (6).  We therefore deny a certificate of appealability, deny Wingo's motions for appointment of counsel and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED